**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 214 WAL 2021

           Respondent            :

                                       :    Petition for Allowance of Appeal

              v.                      :    from the Order of the Superior Court

MICHAEL MARTIN,                    :

           Petitioner              :

## ORDER

**PER CURIAM**

      **AND NOW**, this 20th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.